## COLESON v. THE STATE.
(Two Cases)
(Decided December 19, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Case No. 103 dismissed for failure to file transcript within the time allowed by law, and case 198 affirmed on certificate.

---

## COREY HIGHLAND LAND CO. v. BIRMINGHAM RAILWAY LIGHT & POWER CO.
(Decided December 1, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN C. PUGH.

No counsel marked for appellant. TILLMAN, BRADLEY & MORROW, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## CROW v. THE STATE.
(Decided January 30, 1917.)

APPEAL from Cleburne Circuit Court.

Heard before Hon. HUGH D. MERRILL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed on motion of Attorney General.